1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2  KATHERINE L. WAWRZYNIAK (CABN 252751)
3  Acting Chief, Criminal Division

4  THOMAS R. GREEN (CABN 203480)
   Assistant United States Attorney

5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       thomas.green@usdoj.gov
8

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   CASE NO. 13-CR-00732 AMO
                                       )
14         Plaintiff,                  )
                                       )   **STIPULATION AND ORDER
15     v.                              )   CONTINUING STATUS CONFERENCE
                                       )   TO JULY 13, 2023**
16  RAFAEL MENDEZ,                     )
                                       )
17         Defendant.                  )
                                       )
18                                     )
                                       )
19

20         Plaintiff United States of America, by and through its counsel of record, the United States

21  Attorney for the Northern District of California and Assistant United States Attorney Thomas R. Green,

22  and defendant Rafael Mendez (Mendez or defendant), by and through his counsel of record, Erick

23  Guzman, stipulate as follows:

24         1.      Defendant was arraigned on charges described in a Form 12 petition on or about May 22,

25  2023.

26         2.      This matter is presently set for a status conference before the Magistrate Court on June

27  22, 2023, to discuss the supervised release charges described in the Form 12 petition.

28

STIPULATION AND ORDER
CASE NO. 13-CR-00732 AMO

1       3.      Defendant was instructed by his Probation Officer Jenna Russo to check into Center
2 Point following his acceptance into the Center Point program in San Rafael.  Though he initially delayed
3 his intake date without permission of his probation officer, defendant checked into Center Point on
4 Monday, June 19, 2023.
5       4.      The parties jointly request a continuance of the matter presently set for June 22, 2023, to
6 July 13, 2023, to allow time for the defendant to get settled at Center Point and for the parties to
7 consider the next steps in this case.
8       5.      The parties and the probation officer are all available to conduct a status conference on
9 July 13, 2023
10       IT IS SO STIPULATED.

12 DATED: June 20, 2023       Respectfully Submitted,
13       ISMAIL J. RAMSEY
      United States Attorney

15       */s/ Thomas R. Green*
      THOMAS R. GREEN
16       Assistant United States Attorney

18       */s/ Erick Guzman*
      Erick Guzman
19       Attorney for Rafael Mendez

STIPULATION AND ORDER
CASE NO. 13-CR-00732 AMO

**ORDER**

The Court has read and considered the Stipulation Continuing Status Conference filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, provides good cause to continue the Status Conference to July 13, 2023.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court continues the Status Hearing in this matter to July 13, 2023.

IT IS SO ORDERED.

June 21, 2023
DATE

HONORABLE DONNA M. RYU
CHIEF MAGISTRATE JUDGE