FILED

NOV -8 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAFAEL MENDEZ,<br><br>    Defendant. | Case No. 4:13-cr-00732-AMO-2<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

The defendant is ordered released from the custody of the United States Marshal from Santa Rita Jail on November 8, 2024 no later than 2:00 p.m. The Defendant shall only be released ~~from~~ to a Staff Member or Representative of Jericho Project. The Defendant shall reside at Jericho Project and shall abide by all their rules and regulations.

**IT IS SO ORDERED.**

Dated: 11/8/2024

KANDIS A. WESTMORE
United States Magistrate Judge